# EXHIBIT A

RETURN DATE: SEPTEMBER 24, 2024 : SUPERIOR COURT

REGINA MYERS : J. D. OF NEW LONDON

Plaintiff, : AT NEW LONDON

VS. :

LAND N' SEA DISTRIBUTING, INC. D/B/A KELLOGG MARINE SUPPLY : JULY 31, 2024

Defendant. :

## COMPLAINT

**COUNT ONE: Sex Discrimination – State Law Claims**

1. At all times mentioned herein, Plaintiff, **Regina Myers**, was and is a resident of the town of Norwich, county of New London, and state of Connecticut.
2. At all times mentioned herein, Defendant, **Land 'n Sea Distributing, Inc. D/B/A Kellogg Marine Supply**, was and is a corporation authorized to conduct business in the state of Connecticut. Defendant maintains business offices located at 5 Enterprise Dr., Old Lyme Connecticut. At all times mentioned herein, Defendant employed at least 20 employees.
3. In March 2022, Plaintiff was assigned to work for respondent though a temporary work agency as an order picker. Plaintiff was the only black female working for respondent in the Old Lyme, CT facility.
4. Defendant had other workers assigned through the same temporary agency that placed

Plaintiff, but Plaintiff was passed over for permanent hiring while males and/or Caucasians were hired to permanent positions by Defendant. When Plaintiff asked Defendant's representatives why she was not being hired permanently, she was given excuses and lip-service.

5. Other male and Caucasian employees received raises, but Plaintiff did not. Also, other temp workers were trained by Plaintiff's white, female supervisor ("Supervisor") but she instructed other employees not to train her.

6. In February 2023, Defendant finally hired Plaintiff as a permanent employee following her repeated inquires.

7. Other male and/or Caucasian employees made errors and work mistakes, but they were not warned. Plaintiff was accused of making mistakes and received a verbal /written warning, and her white, male and a trainer said she would never be made a permanent employee.

8. During an office meeting of 05/11/2023, Defendant's representative said that 80 errors were committed on the floor, but nobody save Plaintiff received a warning or discipline.

9. Supervisor would make inappropriate comments on Plaintiff's bathroom use, but never commented on other employee bathroom use. Plaintiff explained to her supervisor that she had a medical condition, which required her use the bathroom in a particular manner and that she had to wear special clothing,

10. Supervisor once got dirt on her arm and said "I am turning into Aaron" who was a black male, who worked in the office

11. Management would also refer to Plaintiff as a "distraction" whenever she spoke to employees, but no such remarks would be made when other employees spoke to each other. Additionally, other employees often spoke to Plaintiff but were not called a distraction.
12. Supervisor made inappropriate comments about Plaintiff's eyelashes that had nothing to do with work. She would also look through Plaintiff's desk.
13. Plaintiff reported to Defendant that she was being treated differently and targeted because she was a black female.
14. In one instance, Supervisor made a remark to Plaintiff, laughed and then said, "let me stop before you call HR on me again."
15. On or about May 22, 2023, Plaintiff was moved to a different shift with a new white, female supervisor. However, the discrimination continued as this supervisor told coworkers that she did not like Plaintiff, and that her work was not satisfactory.
16. Plaintiff asked her new supervisor if she could move around the work floor and do more varied work, but she was told "no" while other male and/or Caucasian employees were permitted to do so.
17. On or about June 19, 2023, Plaintiff was terminated.
18. Defendant discriminated against Plaintiff and terminated Plaintiff's employment because of her sex in violation of the Connecticut General Statutes § 46a-60 (b)(1).
19. Plaintiff filed a timely a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment

Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about June 28, 2024.

20. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

21. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

**COUNT TWO: Sex Discrimination – Federal Law Claims**

1-17. Paragraphs 1-17 of Count One are incorporated by reference as is fully restated herein.

18. Defendant retaliated and discriminated against Plaintiff and terminated Plaintiff's employment because of her sex in violation of Title VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991.

19. Plaintiff filed a timely a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has

exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about June 28, 2024.

20. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

21. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

**COUNT THREE:** **Race/Color Discrimination – State Law Claims**

1-17. Paragraphs 1-17 of Count One are incorporated by reference as is fully restated herein.

18. Defendant discriminated against Plaintiff and terminated Plaintiff's employment because of Plaintiff's race and color in violation of Connecticut General Statutes § 46a-60(b)(1).

19. Plaintiff filed a timely a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about June 28, 2024.

20. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

21. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

**COUNT FOUR:** **Race/Color Discrimination – Federal Law Claims**

1-17. Paragraphs 1-17 of Count One are incorporated by reference as is fully restated herein.

18. Defendant retaliated and discriminated against Plaintiff and terminated Plaintiff's employment because of Plaintiff's race and color in violation of Title VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991.

19. Plaintiff filed a timely a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about June 28, 2024.

20. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

21. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through his employment.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

**COUNT FIVE** **Retaliation – State Law Claims**

1-17. Paragraphs 1-17 of Count One are incorporated by reference as is fully restated herein.

18. Defendant retaliated against Plaintiff and terminated Plaintiff's employment because of Plaintiff's sex, race, and color in violation of Connecticut General Statutes § 46a-60(b)(4).

19. Plaintiff filed a timely a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on or about June 28, 2024.

20. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will

be deprived in the future of substantial employment wages and earnings.

21. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

**WHEREFORE**, Plaintiff claims:

1. Money damages;
2. Attorney's fees and costs;
3. Such other remedies as available under law and/or equity and as the Court deems appropriate;
4. A trial by jury.

PLAINTIFF, REGINA MYERS

BY *<u>/s/ John C. Gerboth</u>*
John C. Gerboth, Esq.
Lorenzo J. Cicchiello, Esq.
Law Offices of Cicchiello & Cicchiello, LLC
582 West Main Street
Norwich, CT 06360
860.886.9300
Firm Juris # 419515

RETURN DATE: SEPTEMBER 24, 2024 : SUPERIOR COURT

REGINA MYERS : J. D. OF NEW LONDON

Plaintiff, : AT NEW LONDON

VS. :

LAND N' SEA DISTRIBUTING, INC.
D/B/A KELLOGG MARINE SUPPLY : JULY 31, 2024

Defendant.

**STATEMENT OF AMOUNT OF DEMAND**

The amount of demand for the above matter is greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and interest.

PLAINTIFF, REGINA MYERS

BY *___/s/ John C. Gerboth___*
John C. Gerboth, Esq.
Lorenzo J. Cicchiello, Esq.
Law Offices of Cicchiello & Cicchiello, LLC
582 West Main Street
Norwich, CT 06360
860.886.9300
Firm Juris # 419515

AUG 05 2024