# EXHIBIT B

State of Connecticut
SS: Stamford August 5, 2024
County of Fairfield

Then and there, by virtue hereof, the Original, Summons - Civil, Complaint, Statement of Amount of Demand, I made service on
**Land N' Sea Distributing, Inc. d/b/a Kellogg Marine Supply**

On August 5, 2024, I made service on **Land N' Sea Distributing, Inc. d/b/a Kellogg Marine Supply** by leaving a true and attested copy of the Original Summons - Civil, Complaint, Statement of Amount of Demand, with my doings thereon endorsed,

In the hands of,
**Louise Colucci, United Agent Group, Inc. agent for service, Land N' Sea Distributing, Inc. d/b/a Kellogg Marine Supply, 6 Landmark Square, 4th Floor, Stamford, CT**

The within and foregoing is the Original Summons - Civil, Complaint, Statement of Amount of Demand, with my doings thereon endorsed.

Attest,

Robert M. Wolfe
State Marshal
Fairfield County

| | |
|---|---|
| Process | 50.00 |
| Travel | 8.00 |
| Pages | 12.00 |
| Endors. | 1.00 |
| Postage | 0.00 |
| Total | 71.00 |